AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Robert D. Chudomelka, Jr.

                                            JUDGMENT IN A CIVIL CASE

v.

Grant County Jail, et al

                                            CASE NUMBER: CV-07-010-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Under Local Rule 7.1(h)(5), a party who fails to file a timely objection to a motion is deemed to have waived objection. Plaintiff has failed to file a response despite an extension granted by the Court to do so. Defendants motions for Summary Judgment are GRANTED. Plaintiff's claims against all Defendants are DISMISSED with prejudice.

July 8, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson